# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rosen, Gerald E. | U.S. District Court - Eastern District of Michigan | 04/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Room 730
U.S. Courthouse
231 West Lafayette
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Focus:Hope, Detroit, Michigan |
| 2. | Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. | Trustee | Trust No. 1 |
| 4. | Trustee | Trust No. 2 |
| 5. | Custodian | Custodial Account No. 1 |
| 6. | Professor | Wayne State University, Detroit, Michigan |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995, amended October 2012. Royalties to be shared in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |
| 4. 2007 | The Michigan Baseball Ventures, LLC - See Part VIII. Additional Information |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 04/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Thomson Reuters (West Group) - Book Royalties | $34,101.78 |
| 2. 2012 | Wayne State University - Teaching | $17,688.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Rutter Group | 6/11/12-6/13/12 | Seattle, WA | Panelist | Meals, Lodging, Transportation |
| 2. | The Rutter Group | 6/13/12-6/15/12 | San Francisco & Los Angeles, CA | Panelist | Meals, Lodging, Transportation |
| 3. | The Rutter Group | 6/21/12 | Detroit, MI | Panelist | Meals |
| 4. | Federal Bar Association | 9/19/12-9/21/12 | San Diego, CA | Seminar Speaker | Meals, Transportation, Lodging |
| 5. | Federal Circuit Bar Association | 09/25/12 | Ann Arbor, MI | Seminar Speaker | Transportation |
| 6. | American Bar Association | 10/24/12-10/26/12 | Chicago, IL | Panelist | Meals, Lodging, Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 04/30/2013 |

7.   The Rutter Group          11/7/12-11/9/12        Atlanta, GA          Panelist          Meals, Lodging, Transportation

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosen, Gerald E.** | 04/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Accounts - Detroit | A | Interest | J | T | | | | | |
| 2. IRA No. 1 | B | Int./Div. | M | T | | | | | |
| 3. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 4. -Barclays Bank PLC Ipath S&P 500 VIX MidTerm Futures ETN | | | | | Buy (add'l) | 03/05/12 | J | | |
| 5. | | | | | Buy (add'l) | 11/14/12 | J | | |
| 6. | | | | | Sold | 12/18/12 | J | | |
| 7. -Ishares Inc MSCI Pacific Exempt Japan Index Fund | | | | | Sold | 05/22/12 | J | | |
| 8. -IShares IBOXX $Investment Grade Corp Bond Fund | | | | | Buy (add'l) | 11/29/12 | J | | |
| 9. -IShares Trust Barclays 1-3 Year Credit Bond Fund | | | | | Sold | 11/29/12 | J | A | |
| 10. -IShares Trust Barclays 1-3 Year Treasury Bond Fund | | | | | Sold | 03/26/12 | J | A | |
| 11. -ProShares Trust ProShares Short S&P 500 | | | | | Sold | 01/19/12 | J | | |
| 12. | | | | | Buy | 12/18/12 | J | | |
| 13. -ProShares Trust ProShares Short Russell 2000 | | | | | Buy (add'l) | 05/22/12 | J | | |
| 14. -SPDR Gold Trust Gold Shares | | | | | Sold (part) | 03/14/12 | J | A | |
| 15. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 16. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 17. -Select Sector SPDR Trust SBI Utitilites | | | | | Sold (part) | 08/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 09/27/12 | J | B | |
| 19. -PIMCO ETF TR Enhanced Short Maturity Strategy Fund | | | | | Sold (part) | 01/10/12 | J | | |
| 20. | | | | | Sold (part) | 03/05/12 | J | | |
| 21. | | | | | Sold (part) | 05/30/12 | J | A | |
| 22. | | | | | Sold | 07/13/12 | J | A | |
| 23. -PowerShares DB US Dollar Index Trust Bullish Fund | | | | | Buy (add'l) | 03/14/12 | J | | |
| 24. | | | | | Sold (part) | 08/07/12 | J | A | |
| 25. | | | | | Sold | 09/06/12 | J | A | |
| 26. -PowerShares ETF Trust II Build America Bond Port | | | | | Sold | 03/14/12 | J | | |
| 27. -IShares Trust IBOXX $High Yield Corp Bond Fd | | | | | Sold | 09/20/12 | J | A | |
| 28. -First Trust Exch Traded Fd II Technology Alphadex Fund Annu | | | | | Sold | 05/04/12 | J | A | |
| 29. -Spdr Series Trust S&P Oil & Gas Exploration & Prod ETF | | | | | Sold | 03/05/12 | J | B | |
| 30. -Healthcare Select Sector SPDR ETF | | | | | Buy | 01/10/12 | J | | |
| 31. -Wisdom Tree Trust Emerging Markets Equity Income Fund | | | | | Buy | 01/19/12 | J | | |
| 32. | | | | | Sold | 10/16/12 | J | | |
| 33. -JP Morgan Chase & Co Alerian MLP Index ETN | | | | | Buy | 03/05/12 | J | | |
| 34. | | | | | Sold | 07/02/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -IShares MSCI Hong Kong Index Fund | | | | | Buy | 03/14/12 | J | | |
| 36. | | | | | Buy (add'l) | 08/07/12 | J | | |
| 37. -IShares Trust Barclays Intermediate Credit Bond Fund | | | | | Buy | 03/26/12 | J | | |
| 38. | | | | | Buy (add'l) | 05/22/12 | J | | |
| 39. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 40. -Consumer Staples Select Sector SPDR | | | | | Buy | 05/04/12 | J | | |
| 41. | | | | | Sold | 09/27/12 | J | A | |
| 42. -IShares Trust S&P US PFD Stock Index Fund | | | | | Buy | 07/02/12 | J | | |
| 43. -Energy Select Sector SPDR | | | | | Buy | 07/13/12 | J | | |
| 44. | | | | | Buy (add'l) | 08/07/12 | J | | |
| 45. -IShares Trust S&P 100 Index Fund | | | | | Buy | 09/27/12 | J | | |
| 46. | | | | | Sold | 11/29/12 | J | | |
| 47. -Powershares Emerging Markets Sovereign Debt ETF | | | | | Buy | 09/27/12 | J | | |
| 48. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 49. -IShares Trust FTSE China 25 Index Fund | | | | | Buy | 10/16/12 | J | | |
| 50. -Industrial Select Sector SPDR | | | | | Buy (add'l) | 11/29/12 | J | | |
| 51. IRA No. 2 | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 53. -Barclays Bank PLC IPath S&P 500 Vix MidTerm Futures ETN | | | | | Buy (add'l) | 03/05/12 | J | | |
| 54. | | | | | Buy (add'l) | 11/14/12 | J | | |
| 55. | | | | | Sold | 12/18/12 | J | | |
| 56. -IShares Inc MSCI Pacific Exempt Japan Index Fund | | | | | Sold | 05/22/12 | J | | |
| 57. -IShares IBoxx $Investment Grade Corp Bond Fund | | | | | Buy (add'l) | 11/29/12 | J | | |
| 58. -IShares Trust Barclays 1-3 Year Credit Bond Fund | | | | | Sold | 11/29/12 | K | A | |
| 59. -IShares Trust Barclays 1-3 Year Treasury Bond Fund | | | | | Sold | 03/26/12 | J | A | |
| 60. -ProShares Trust ProShares Short S&P 500 | | | | | Sold | 01/19/12 | J | | |
| 61. | | | | | Buy | 12/18/12 | J | | |
| 62. -ProShares Trust ProShares Short Russell 2000 | | | | | Buy (add'l) | 05/22/12 | J | | |
| 63. -SPDR Gold Trust Gold Shares | | | | | Sold (part) | 03/14/12 | J | A | |
| 64. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 65. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 66. -Select Sector SPDR Trust SBI Utitilites | | | | | Sold (part) | 08/07/12 | J | B | |
| 67. | | | | | Sold | 09/27/12 | J | B | |
| 68. -Pimco ETF TR Enhanced Short Maturity Strategy Fund | | | | | Sold (part) | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/05/12 | J | | |
| 70. | | | | | Sold (part) | 05/30/12 | J | A | |
| 71. | | | | | Sold | 07/13/12 | J | A | |
| 72. -PowerShares DB US Dollar Index Trust Bullish Fund | | | | | Buy (add'l) | 03/14/12 | J | | |
| 73. | | | | | Sold (part) | 08/07/12 | J | A | |
| 74. | | | | | Sold | 09/06/12 | J | A | |
| 75. -PowerShares ETF Trust II Build America Bond Port | | | | | Sold | 03/14/12 | J | | |
| 76. -IShares Trust IBoxx $High Yield Corp Bond Fund | | | | | Sold | 09/20/12 | J | A | |
| 77. -First Trust Exch Traded Fd II Technology Alphadex Fund Annu | | | | | Sold | 05/04/12 | J | A | |
| 78. -SPDR Series Trust S&P Oil & Gas Exploration & Prod ETF | | | | | Sold | 03/05/12 | J | B | |
| 79. -JPMorgan Chase & Co Alerian MLP Index ETN | | | | | Buy | 03/05/12 | J | | |
| 80. | | | | | Sold | 07/02/12 | J | | |
| 81. -Health Care Select Sector SPDR | | | | | Buy | 01/10/12 | J | | |
| 82. - Wisdom Tree Trust Emerging Markets Equity Income Fund | | | | | Buy | 01/19/12 | J | | |
| 83. | | | | | Sold | 10/16/12 | J | | |
| 84. -IShares MSCI Hong Kong Index Fund | | | | | Buy | 03/14/12 | J | | |
| 85. | | | | | Buy (add'l) | 08/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -IShares Trust Barclays Intermediate Credit Bond Fund | | | | | Buy | 03/26/12 | J | | |
| 87. | | | | | Buy (add'l) | 05/22/12 | J | | |
| 88. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 89. - Cosnumer Staples Select Sector SPDR | | | | | Buy | 05/04/12 | J | | |
| 90. | | | | | Sold | 09/27/12 | J | A | |
| 91. -IShares Trust S&P US Prefereed Stock Index Fund | | | | | Buy | 07/02/12 | J | | |
| 92. -Energy Select Sector SPDR | | | | | Buy | 07/13/12 | J | | |
| 93. | | | | | Buy (add'l) | 08/07/12 | J | | |
| 94. -IShares Trust S&P 100 Index Fund | | | | | Buy | 09/27/12 | J | | |
| 95. | | | | | Sold | 11/29/12 | J | | |
| 96. -Powershares Emerging Markets Sovereign Debt ETF | | | | | Buy | 09/27/12 | J | | |
| 97. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 98. -Ishares Trust FTSE China 25 Index Fund | | | | | Buy | 10/16/12 | J | | |
| 99. -Industrial Select Sector SPDR | | | | | Buy | 11/29/12 | K | | |
| 100. Roth IRA No. 1 | A | Interest | J | T | | | | | |
| 101. -Marshall & Isley Bank Deposit Program | | | | | | | | | |
| 102. Roth IRA No. 2 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 104.  Brokerage Account No. 1(H) | | | | | | | | | |
| 105.  -Marshall & Isley Bank - Cash Equivalent(X) | A | Interest | J | T | | | | | |
| 106.  -Raytheon | A | Dividend | J | T | | | | | |
| 107.  529 Plan | A | Dividend | J | T | | | | | |
| 108.  -American Funds Capital World Growth & Inc 529C | | | | | Sold (part) | 01/03/12 | J | A | |
| 109. | | | | | Sold (part) | 12/21/12 | J | A | |
| 110.  Trust No. 1 | B | Int./Div. | L | T | | | | | |
| 111.  -Haslett MI Public Schools | | | | | Sold | 05/01/12 | K | | |
| 112.  -Genesse City MI Bldg. | | | | | Sold | 05/01/12 | K | A | |
| 113.  -Pembina Pipeline Corp | | | | | Sold | 05/02/12 | K | D | |
| 114.  -Pace Oil & Gas LTD | | | | | Sold | 05/02/12 | J | | |
| 115.  -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 116.  Trust No. 2 | A | Int./Div. | J | T | | | | | |
| 117.  -Atlantic Power Corp New | | | | | Sold | 05/02/12 | J | | |
| 118.  -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 119.  Michigan Baseball Ventures, LLC Partners | | None | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 04/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b)  "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute earned income.

2.  Part I. Positions
a.) Line 5 - Custodial Account #1 has no reportable assets.

2.  Part III. Agreements
a.) Line 4 - To own interests in various minor league baseball franchises; net profits/losses are allocated with accordance with members' shares

3.  Part VII. Investments and Trusts
a.) Line 113 - Provident Energy LTD was aquired by Pembina Pipeline Corp on April 2, 2012, at which time shareholders of Provident Energy LTD received shares of Pembina Pipeline Corp. based on the number of shares owned in Provident Energy LTD.
b.) Line 139 - Michigan Baseball Ventures, LLC - Value used is Tax Basis reported on Schedule K-1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald E. Rosen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544